UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20539-CR-SEITZ

UNITED STATES OF AMERICA,

v.

CESAR MENENDEZ,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Jeffrey E. Feiler, Esq. for fees and expenses be paid in full, as adjusted. The Court has reviewed Judge Palermo's R&R. There being no objections expected, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Feiler shall be paid $29,964.40 as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 29th day of October, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Jeffrey E. Feiler, Esq.
Lucy Lara, CJA Administrator